# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOHN GING**, | Civil File No. 2:11-cv-02031 |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **I.C. SYSTEM, INC.**, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff John Ging, and the defendant, I.C. System, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated:  <u>September 6, 2011</u>　　　　　By <u>/s/J. Mark Meinhardt</u>
　　　　　　　　　　　　　　　　　　　J. Mark Meinhardt #20245
　　　　　　　　　　　　　　　　　　　4707 College Boulevard, Suite 100
　　　　　　　　　　　　　　　　　　　Leawood, KS  66211
　　　　　　　　　　　　　　　　　　　(913) 451-9797
　　　　　　　　　　　　　　　　　　　(913) 451-6163 (fax)
　　　　　　　　　　　　　　　　　　　meinhardtlaw@sbcglobal.net
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

Dated:  <u>September 6, 2011</u>　　　　　By <u>/s/Joshua C. Dickinson</u>
　　　　　　　　　　　　　　　　　　　Joshua C. Dickinson #20632
　　　　　　　　　　　　　　　　　　　Spencer Fane Britt & Browne LLP.
　　　　　　　　　　　　　　　　　　　1000 Walnut, Suite 1400
　　　　　　　　　　　　　　　　　　　Kansas City, MO 64106
　　　　　　　　　　　　　　　　　　　(816) 474-8100
　　　　　　　　　　　　　　　　　　　(816) 474-3216 (fax)
　　　　　　　　　　　　　　　　　　　jdickinson@spencerfane.com
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT